# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID BRYAN,<br><br>    Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INC., a Connecticut corporation, and CAMPBELL SOUP COMPANY, a New Jersey corporation, dba PEPPERIDGE FARM, INC., and JOHN OR JANE DOE I-X, and BUSINESS ENTITIES IX,<br><br>    Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 1:22-cv-00079-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is the parties' Notice of Voluntary Dismissal.[1]  For good cause shown, the court ORDERS the above captioned matter dismissed without prejudice.

The Clerk of Court is directed to close the case.

DATED this 17th day of August, 2022.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 12.

1